# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Analex Corporation ) | ASBCA No. 58419 |
| ) | |
| Under Contract No. NAS10-02026 *et al.* ) | |

APPEARANCE FOR THE APPELLANT:    Jerome S. Gabig, Jr., Esq.
                                 Wilmer & Lee, P.A.
                                 Huntsville, AL

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
                                   DCMA Chief Trial Attorney
                                   Robert L. Duecaster, Esq.
                                   Trial Attorney
                                   Defense Contract Management Agency
                                   Manassas, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 March 2014

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58419, Appeal of Analex Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals